**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**
**219 SOUTH DEARBORN ST. CHICAGO, IL 60604**

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 7 CASE |
| | ) |
| KREINER, JOHN F., | ) CASE NO.  10-34553 |
| | ) |
| | ) HONORABLE MANUEL BARBOSA |
| Debtor. | ) |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING**
**ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE**
**ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

   At:  100 S. 3rd Street, Room 250, Geneva, IL  60134

   On:  April 7, 2011          Time:  10:00 AM

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $    17,002.56 |
   | Disbursements | $     2,800.00 |
   | Net Cash Available for Distribution | $    14,202.56 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Trustee, Roy Safanda | $ -0- | $ 2,170.26 | $ 36.37 |
| Attn'y for Trustee - Thomas Springer | $ -0- | $ 4,996.50 | $ 40.13 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
|  | $ | $ | $ |

NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $  -0-  , must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be   -0-   %.

Allowed priority claims are: NONE

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |

7. Claims of general unsecured creditors totaling $ 177,722.10  have been allowed and will be *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be   4  %.

Allowed general unsecured claims are as follows:

**CLAIM    CREDITOR                      AMOUNT OF**

Page 2

| NO. | | CLAIM ALLOWED ($) | PROPOSED AMOUNT ($) |
|---|---|---|---|
| 1 | Discover Bk | 5,999.27 | 234.92 |
| 2 | Discover Bk | 498.94 | 19.54 |
| 3 | 1st Nat'l Bank of Omaha | 11,546.63 | 452.15 |
| 4 | RBS Citizens | 5,883.50 | 230.39 |
| 5 | Am. Inf, Agnet for Citibank | 244.05 | 9.56 |
| 6 | FIA Card Services | 19,864.27 | 777.84 |
| 7 | FIA Card Services | 1,686.49 | 66.04 |
| 8 | FIA Card Services | 5,262.49 | 206.07 |
| 9 | FIA Card Services | 7,682.13 | 300.82 |
| 10 | FIA Card Services | 9,070.85 | 355.20 |
| 11 | Capital One Bank | 9,850.16 | 385.72 |
| 12 | Capital One Bank | 20,057.43 | 785.42 |
| 13 | Capital One Bank | 2,371.54 | 92.87 |
| 14 | Capital One Bank | 3,374.61 | 132.14 |
| 15 | Capital One Bank | 1,982.20 | 77.62 |
| 16 | Chase Bank USA | 4,714.81 | 184.62 |
| 17 | Chase Bank USA | 2,203.07 | 86.27 |
| 18 | Chase Bank USA | 1,138.53 | 44.58 |
| 19 | Chase Bank USA | 4,350.06 | 170.34 |
| 20 | Chase Bank USA | 1,166.40 | 45.67 |
| 21 | Chase Bank USA | 4,927.09 | 192.94 |
| 22 | Chase Bank USA | 4,793.75 | 187.72 |
| 23 | Chase Bank USA | 9,929.48 | 388.82 |
| 24 | Chase Bank USA | 889.40 | 34.83 |
| 25 | US Bank NA | 20,557.84 | 805.01 |
| 26 | GE Money Bank | 745.46 | 29.19 |
| 27 | Dept of the Treasury | 1,943.99 | 76.12 |
| 28 | US Bank NA | 9,924.75 | 388.64 |
| 29 | GE Money Bank | 550.91 | 21.57 |
| 30 | GE Money Bank | 1,560.95 | 61.12 |
| 31 | GE Money Bank | 1,140.91 | 44.68 |

Case 10-34553 Doc 34 Filed 03/02/11 Entered 03/04/11 23:23:29 Desc Imaged
Certificate of Service Page 4 of 6

| 32 | GE Money Bank | 1,596.62 | 62.52 |
|----|---------------|----------|-------|
| 33 | PYOD LLC, Citibank | 213.52 | 8.36 |
|    |               | $177,722.10 | $6,959.30 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, .ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

   NONE

Dated: _____          For the Court,


                                By: _____
                                    Kenneth S. Gardner
                                    Clerk of the U.S. Bankruptcy Court
                                    219 S. Dearborn Street, 7th Floor
                                    Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

Myfiles/Bankruptcy/Forms/New – Notice of Trustee's Final Report, Hearing

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 10-34553-MB
John F Kreiner                                                   Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: vwalker              Page 1 of 2            Date Rcvd: Mar 02, 2011
                              Form ID: pdf006            Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2011.
```
db         +John F Kreiner,    1002 S Lincoln,    Aurora, IL 60505-5166
aty        +Carl F Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
aty        +Gary L Shilts,    23 Boulder Hill Pass,    Montgomery, IL 60538-1911
aty        +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
             Suite 330,    Wheaton, IL 60187-4547
tr         +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
15942497   +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
15942498   +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
15942501   +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
15942503   +Bank of America,    Box 15710,    Wilmington, DE 19850-5710
15942504   +Cap One,    Po Box 85520,    Richmond, VA 23285-5520
16226510    Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
             Oklahoma City, OK  73124-8839
15942509   +Card Member Svc,    Box 15153,    Wilmington, DE 19886-5153
15942511   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16248589    Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
16255615    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15942517   +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
15942518   +Cpu/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
16133316   +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
15942521   +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
15942522    Gemb/Ge Money,    200 W 14th St Suite 150,    Tempe, AZ 85281
15942526   +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
15942528  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Department Of The Treasury,    Internal Revenue Service,    POB 21126,
             Philadelpha, PA  19114)
15942529    Kane County Treasurer,    341 S Thrid st,    Saint Charles, IL 60175
16473087   +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16135109   +RBS Citizens,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
15942530   +Rbs Citizens Na,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
15942531   +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
15942532   +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
15942533  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    Box 790408,    Saint Louis, MO 63179)
16273947  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
             Cincinnati, OH 45201-5229)
16366217  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
15942534  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/Na Nd,    4325 17th Ave S,    Fargo, ND 58125)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16145774    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2011 00:03:47
             American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
             Oklahoma City, OK  73124-8840
16097507    E-mail/PDF: mrdiscen@discoverfinancial.com Mar 03 2011 01:34:59      Discover Bank,
             Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
15942519   +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 03 2011 01:34:59      Discover Fin Svcs Llc,
             Po Box 15316,    Wilmington, DE 19850-5316
16195379    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2011 00:03:47
             Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
             Oklahoma City, OK  73124-8809
16318729    E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2011 23:04:05      GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15942523   +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2011 23:04:05      Gemb/Jcp,    Po Box 984100,
             El Paso, TX 79998-4100
15942524   +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2011 23:13:28      Gemb/Sams Club Dc,    Po Box 981400,
             El Paso, TX 79998-1400
15942525   +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2011 23:04:05      Gemb/Walmart,    Po Box 981400,
             El Paso, TX 79998-1400
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
15942499*   +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
15942500*   +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
15942502*   +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
15942505*   +Cap One,    Po Box 85520,    Richmond, VA 23285-5520
15942506*   +Cap One,    Po Box 85520,    Richmond, VA 23285-5520
15942507*   +Cap One,    Po Box 85520,    Richmond, VA 23285-5520
15942508*   +Cap One,    Po Box 85520,    Richmond, VA 23285-5520
```

```
District/off: 0752-1          User: vwalker              Page 2 of 2              Date Rcvd: Mar 02, 2011
                              Form ID: pdf006            Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****
15942510*      +Card Member Svc,    Box 15153,    Wilmington, DE 19886-5153
15942512*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15942513*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15942514*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15942515*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15942516*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15942520*      +Discover Fin Svcs Llc,     Po Box 15316,    Wilmington, DE 19850-5316
15942527*      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
                                                                                               TOTALS: 0, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2011**                    **Signature:**    *Joseph Speetjens*