UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
KREINER, JOHN F § Case No. 10-34553
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Roy Safanda _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| John Kreiner |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 |  |  |  |  |  |
|  | Kane County Treasurer 341 S Thrid st Saint Charles, IL 60175 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| SPRINGER, BROWN | | | | | |
| SPRINGER, BROWN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Mail Stop 5010 CHI 230 S Dearborn st Chicago, IL 60604 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Box 15710 Wilmington, DE 19850 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Card Member Svc Box 15153 Wilmington, DE 19886 | | | | | |
| | Card Member Svc Box 15153 Wilmington, DE 19886 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Po Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Chase Po Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Chase Po Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Cpu/Cbsd Po Box 6497 Sioux Falls, SD 57117 |  |  |  |  |  |
|  | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 |  |  |  |  |  |
|  | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 |  |  |  |  |  |
|  | Fnb Omaha Po Box 3412 Omaha, NE 68197 |  |  |  |  |  |
|  | Gemb/Ge Money 200 W 14th St Suite 150 Tempe, AZ 85281 |  |  |  |  |  |
|  | Gemb/Jcp Po Box 984100 El Paso, TX 79998 |  |  |  |  |  |
|  | Gemb/Sams Club Dc Po Box 981400 El Paso, TX 79998 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/Walmart Po Box 981400 El Paso, TX 79998 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Rbs Citizens Na 1000 Lafayette Blvd Bridgeport, CT 06604 | | | | | |
| | Target Nb Po Box 673 Minneapolis, MN 55440 | | | | | |
| | Thd/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | US Bank Box 790408 Saint Louis, MO 63179 | | | | | |
| | Us Bank/Na Nd 4325 17th Ave S Fargo, ND 58125 | | | | | |
| 3 | 1ST NAT'L BANK OF OMAHA | | | | | |
| 5 | AM. INF, AGNET FOR CITIBANK | | | | | |
| 11 | CAPITAL ONE BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | CAPITAL ONE BANK | | | | | |
| 13 | CAPITAL ONE BANK | | | | | |
| 14 | CAPITAL ONE BANK | | | | | |
| 15 | CAPITAL ONE BANK | | | | | |
| 16 | CHASE BANK USA | | | | | |
| 17 | CHASE BANK USA | | | | | |
| 18 | CHASE BANK USA | | | | | |
| 19 | CHASE BANK USA | | | | | |
| 20 | CHASE BANK USA | | | | | |
| 21 | CHASE BANK USA | | | | | |
| 22 | CHASE BANK USA | | | | | |
| 23 | CHASE BANK USA | | | | | |
| 24 | CHASE BANK USA | | | | | |
| 27 | DEPT OF THE TREASURY | | | | | |
| 1 | DISCOVER BK | | | | | |
| 2 | DISCOVER BK | | | | | |
| 6 | FIA CARD SERVICES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | FIA CARD SERVICES | | | | | |
| 8 | FIA CARD SERVICES | | | | | |
| 9 | FIA CARD SERVICES | | | | | |
| 10 | FIA CARD SERVICES | | | | | |
| 26 | GE MONEY BANK | | | | | |
| 29 | GE MONEY BANK | | | | | |
| 30 | GE MONEY BANK | | | | | |
| 31 | GE MONEY BANK | | | | | |
| 32 | GE MONEY BANK | | | | | |
| 33 | PYOD LLC, CITIBANK | | | | | |
| 4 | RBS CITIZENS | | | | | |
| 25 | US BANK NA | | | | | |
| 28 | US BANK NA | | | | | |
| | 1ST NAT. BK OMAHA | | | | | |
| | AM. INF. CITIBANK | | | | | |
| | CAPITAL ONE BK | | | | | |
| | CAPITAL ONE BK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CAPITAL ONE BK | | | | | |
| | CAPITAL ONE BK | | | | | |
| | CAPITAL ONE BK | | | | | |
| | CHASE BK USA | | | | | |
| | CHASE BK USA | | | | | |
| | CHASE BK USA | | | | | |
| | CHASE BK USA | | | | | |
| | CHASE BK USA | | | | | |
| | CHASE BK USA | | | | | |
| | CHASE BK USA | | | | | |
| | CHASE BK USA | | | | | |
| | DEPT. OF TREASURY | | | | | |
| | DISCOVER BANK | | | | | |
| | DISCOVER BANK | | | | | |
| | FIA | | | | | |
| | FIA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FIA | | | | | |
| | FIA | | | | | |
| | FIA | | | | | |
| | GE MONEY BANK | | | | | |
| | GE MONEY BANK | | | | | |
| | GE MONEY BANK | | | | | |
| | GE MONEY BANK | | | | | |
| | GE MONEY BANK | | | | | |
| | PYOD CITIBANK | | | | | |
| | RBS CITIZENS | | | | | |
| | US BANK NA | | | | | |
| | US BANK NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-34553 | MB | Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|---|---|
| Case Name: | KREINER, JOHN F | | | Date Filed (f) or Converted (c): | 08/02/10 (f) |
| | | | | 341(a) Meeting Date: | 09/01/10 |
| For Period Ending: | 05/09/11 | | | Claims Bar Date: | 12/03/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 3. Bank Acct. | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. Household | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 6. Estate | 25,000.00 | 20,000.00 | | 17,000.00 | FA |
| 7. Auto | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 8. Interest (u) | Unknown | N/A | DA | 2.56 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $40,900.00 | $20,000.00 | $17,002.56 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/01/11    Current Projected Date of Final Report (TFR): 03/01/12

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Ver: 16.02b

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-34553 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | KREINER, JOHN F | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******0822 Checking Account |
| Taxpayer ID No: | *******2109 | | Old Account #'s: | 1: *******0822   2: |
| For Period Ending: | 05/09/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/12/10 | 6 | Burny | Sale of RE Interest | 1149-000 | 1,000.00 | | 1,000.00 |
| 12/06/10 | 6 | Burny | Sale of RE Interest | 1149-000 | 5,000.00 | | 6,000.00 |
| 12/31/10 | 6 | Burny | Sale of RE Interest | 1149-000 | 5,000.00 | | 11,000.00 |
| 01/07/11 | | Old 2nd NB | Redeem MM | 9999-000 | 6,002.56 | | 17,002.56 |
| 02/11/11 | 001001 | John Kreiner | Exemption | 8100-002 | | 2,800.00 | 14,202.56 |
| 03/18/11 | 001002 | Discover Bank | Final Dividend | 7100-900 | | 234.92 | 13,967.64 |
| 03/18/11 | 001003 | Discover Bank | Final Dividend | 7100-900 | | 19.54 | 13,948.10 |
| 03/18/11 | 001004 | 1st Nat. Bk Omaha | Final Dividend | 7100-900 | | 452.15 | 13,495.95 |
| 03/18/11 | 001005 | RBS Citizens | Final Dividend | 7100-900 | | 230.39 | 13,265.56 |
| 03/18/11 | 001006 | Am. Inf. Citibank | Final Dividend | 7100-900 | | 9.56 | 13,256.00 |
| 03/18/11 | 001007 | FIA | Final Dividend | 7100-900 | | 777.84 | 12,478.16 |
| 03/18/11 | 001008 | FIA | Final Dividend | 7100-900 | | 66.04 | 12,412.12 |
| 03/18/11 | 001009 | FIA | Final Dividend | 7100-900 | | 206.07 | 12,206.05 |
| 03/18/11 | 001010 | FIA | Final Dividend | 7100-900 | | 300.82 | 11,905.23 |
| 03/18/11 | 001011 | FIA | Final Dividend | 7100-900 | | 355.20 | 11,550.03 |
| 03/18/11 | 001012 | Capital One Bk | Final Dividend | 7100-900 | | 385.72 | 11,164.31 |
| 03/18/11 | 001013 | Capital One Bk | Final Dividend | 7100-900 | | 785.42 | 10,378.89 |
| 03/18/11 | 001014 | Capital One Bk | Final Dividend | 7100-900 | | 92.87 | 10,286.02 |
| 03/18/11 | 001015 | Capital One Bk | Final Dividend | 7100-900 | | 132.14 | 10,153.88 |
| 03/18/11 | 001016 | Capital One Bk | Final Dividend | 7100-900 | | 77.62 | 10,076.26 |
| 03/18/11 | 001017 | Chase Bk USA | Final Dividend | 7100-900 | | 184.62 | 9,891.64 |
| 03/18/11 | 001018 | Chase Bk USA | Final Dividend | 7100-900 | | 86.27 | 9,805.37 |
| 03/18/11 | 001019 | Chase Bk USA | Final Dividend | 7100-900 | | 44.58 | 9,760.79 |
| 03/18/11 | 001020 | Chase Bk USA | Final Dividend | 7100-900 | | 170.34 | 9,590.45 |
| 03/18/11 | 001021 | Chase Bk USA | Final Dividend | 7100-900 | | 45.67 | 9,544.78 |
| 03/18/11 | 001022 | Chase Bk USA | Final Dividend | 7100-900 | | 192.94 | 9,351.84 |
| 03/18/11 | 001023 | Chase Bk USA | Final Dividend | 7100-900 | | 187.72 | 9,164.12 |

Page Subtotals         17,002.56         7,838.44

Ver: 16.02b

Page: 2

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-34553 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | KREINER, JOHN F | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******0822  Checking Account |
| Taxpayer ID No: | *******2109 | | Old Account #'s: | 1: *******0822   2: |
| For Period Ending: | 05/09/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/18/11 | 001024 | Chase Bk USA | Final Dividend | 7100-900 | | 388.82 | 8,775.30 |
| 03/18/11 | 001025 | Chase Bk USA | Final Dividend | 7100-900 | | 34.83 | 8,740.47 |
| 03/18/11 | 001026 | US Bank NA | Final Dividend | 7100-900 | | 805.01 | 7,935.46 |
| 03/18/11 | 001027 | GE Money Bank | Final Dividend | 7100-900 | | 29.19 | 7,906.27 |
| 03/18/11 | 001028 | Dept. of Treasury | Final Dividend | 7100-900 | | 76.12 | 7,830.15 |
| 03/18/11 | 001029 | US Bank NA | Final Dividend | 7100-900 | | 388.64 | 7,441.51 |
| 03/18/11 | 001030 | GE Money Bank | Final Dividend | 7100-900 | | 21.57 | 7,419.94 |
| 03/18/11 | 001031 | GE Money Bank | Final Dividend | 7100-900 | | 61.12 | 7,358.82 |
| 03/18/11 | 001032 | GE Money Bank | Final Dividend | 7100-900 | | 44.68 | 7,314.14 |
| 03/18/11 | 001033 | GE Money Bank | Final Dividend | 7100-900 | | 62.52 | 7,251.62 |
| 03/18/11 | 001034 | PYOD Citibank | Final Dividend | 7100-900 | | 8.36 | 7,243.26 |
| 03/18/11 | 001035 | VOID | VOID | 3110-000 | | | 7,243.26 |
| 03/18/11 | 001036 | SPRINGER, BROWN | Atty for fee | | | 5,036.63 | 2,206.63 |
| | | | Atty for Exp. | | | | |
| | | | Fees   4,996.50 | 3210-000 | | | |
| | | | Expenses   40.13 | 3220-000 | | | |
| 03/18/11 | 001037 | Roy Safanda | Trustee Compensation | | | 2,206.63 | 0.00 |
| | | | Trustee Expenses | | | | |
| | | | Fees   2,170.26 | 2100-000 | | | |
| | | | Expenses   36.37 | 2200-000 | | | |

Page Subtotals      0.00      9,164.12

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 15)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-34553 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | KREINER, JOHN F | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******0822  Checking Account |
| Taxpayer ID No: | *******2109 | | Old Account #'s: | 1: *******0822    2: |
| For Period Ending: | 05/09/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 17,002.56 | 17,002.56 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 6,002.56 | 0.00 | |
| | | | Subtotal | | 11,000.00 | 17,002.56 | |
| | | | Less: Payments to Debtors | | | 2,800.00 | |
| | | | Net | | 11,000.00 | 14,202.56 | |

Page Subtotals  0.00  0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-34553 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | KREINER, JOHN F | Bank Name: | Old Second National Bank |
| | | Account Number / CD #: | *******0830  Money Market Account |
| Taxpayer ID No: | *******2109 | Old Account #'s: | 1: *******0830    2: |
| For Period Ending: | 05/09/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/12/10 | 6 | Burny | Sale of RE Interest | 1149-000 | 6,000.00 | | 6,000.00 |
| 11/30/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 0.52 | | 6,000.52 |
| 12/31/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 1.02 | | 6,001.54 |
| 01/31/11 | 8 | Old Second National Bank | INTEREST | 1270-000 | 1.02 | | 6,002.56 |
| 04/05/11 | 000101 | Old 2nd NB | Transfer to Checking | 9999-000 | | 6,002.56 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,002.56 | 6,002.56 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 6,002.56 | |
| Subtotal | 6,002.56 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 6,002.56 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0822 | 11,000.00 | 14,202.56 | 0.00 |
| Money Market Account - ********0830 | 6,002.56 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 17,002.56 | 14,202.56 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        6,002.56        6,002.56

Ver: 16.02b